## Exhibit A to the Complaint

**Location:** Potomac, MD  **IP Address:** 73.201.201.32
**Total Works Infringed:** 37  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | Blacked | 11/04/2018 03:08:05 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 2 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 04/13/2018 02:27:01 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 3 | 056C78DF7A658DDF50A2394F5E4FA18BCF095426 | Blacked | 11/04/2018 02:55:08 | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 4 | 0F04127628F4C1B74A90BDCBB03E10B4357654FC | Blacked | 12/26/2017 03:38:57 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 5 | 1E5531EA668F7F8218BE20D6D5BF46FAB3DC5E34 | Blacked Raw | 09/15/2018 03:38:43 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 6 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 11/13/2017 04:24:29 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 7 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | Blacked | 11/20/2018 00:15:31 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 8 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 04/13/2018 02:30:56 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 9 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 08/18/2018 04:46:31 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 10 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 02/09/2018 06:52:48 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 11 | 3490FEB1EE1CCA9CFD64E9A1B7079ACEEA5B1F54 | Blacked | 05/27/2017 05:29:00 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 12 | 3754C381E6B3DCC20647F7F94277B364471F090F | Blacked | 07/29/2018 06:06:01 | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 13 | 5F66AD13D4F9E5FF57AA9364926FB855B8053F59 | Blacked Raw | 08/18/2018 04:53:31 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 14 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 09/15/2018 03:40:54 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 15 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/08/2017 03:50:32 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 16 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/29/2018 04:16:16 | 06/24/2018 | 07/26/2018 | PA0002112154 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 81A0FA700BD0F538231051D57102ED3BBA302456 | Blacked | 10/08/2018 03:00:17 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 18 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 12/26/2017 04:56:47 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 19 | 83B2F9CA22105C972F55D81AEFE628606713A3F4 | Blacked Raw | 09/15/2018 03:40:22 | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 20 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 10/08/2018 03:06:05 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 21 | 9D2247F53E427F6FB0718CC2346CBBA4008C13EA | Blacked Raw | 12/15/2017 04:04:18 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 22 | A1A56A2B98ABF91CD9C6DAEB2EA4DF592C17CA31 | Blacked | 10/08/2018 03:06:20 | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 23 | A38912E4AA36FD2BD2982A463D22218269E278C7 | Blacked | 09/15/2018 03:38:30 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 24 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/22/2017 20:13:05 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 25 | B2CC6C343394C4F50E5CFE3B97F6FD3CCA7A7DB7 | Blacked | 04/13/2018 02:13:07 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 26 | C107588A00810F57F076C5926BF6D8624E4BCAD1 | Blacked | 09/15/2018 03:39:50 | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 27 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | Blacked Raw | 10/08/2018 03:09:14 | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 28 | C8D1E5C19A4221AC02A97002AB885906308DAC93 | Blacked Raw | 04/13/2018 02:30:17 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 29 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 07/04/2017 06:01:14 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 30 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 07/04/2017 06:01:51 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 31 | D3E111A172F6D43B17E5E5C8EB24008B3C8796DF | Blacked Raw | 09/15/2018 03:45:15 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 32 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | Blacked Raw | 04/13/2018 02:10:18 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 33 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/22/2017 20:13:52 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 34 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 05/26/2017 02:08:42 | 04/30/2017 | 06/15/2017 | PA0002037580 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F7479DF34AAC4301BFEEACE6A3872B78BEB7F9B5 | Blacked | 08/18/2018 04:50:48 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 36 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 07/22/2017 20:16:53 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 37 | FA1C15A1B82D3D04FAD2618972F1F568765F3E4D | Tushy | 06/29/2018 04:03:37 | 09/23/2017 | 10/09/2017 | PA0002086134 |